# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135551

DAVID ALAN KAUFFMAN and VICKY
LYNN KAUFFMAN,
        Plaintiffs-Appellees,

v

IRVING PRESTON and KIMBERLEE K.
PRESTON,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135551
COA: 271327
Isabella CC: 05-004020-CH

On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

t0317

_____
Clerk